# HARRY C. LEWIS v. DENVER & RIO GRANDE RAILROAD COMPANY.[1]

November 24, 1916.

Nos. 19,856—(42).

**Case followed.**

Eleven railroad companies were served by the plaintiff with garnishee summons. The defendant appeared specially and moved the district court for Hennepin county to quash the service of the summons and complaint, discharge the garnishees and dismiss the action. With the consent of the plaintiff seven of the garnisheed companies were discharged. The motion as to the others was denied, Dickinson, J. From the order denying the motion, defendant appealed. Affirmed.

*E. N. Clark, R. G. Lucas,* and *Cobb, Wheelwright & Dille,* for appellant.
*Hall & Tautges,* for respondent.

PER CURIAM.

This case was submitted with the case of Rishmiller v. same defendant, supra, p. 479, 159 N. W. 947, and the decision in that case controls this.
Order affirmed.